UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

v.                                  Case No. 1:16-cv-02493-RMB-AMD

HPT IHG-2 PROPERTIES TRUST, a
Maryland Corporation,

    Defendant.

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

    Respectfully Submitted,

| | |
|---|---|
| /s/ Asaad K. Siddiqi | /s/ Jonathan A. Grippo |
| Asaad K. Siddiqi, Esq. | Jonathan A. Grippo, Esq. |
| McCusker, Anselmi, Rosen | Jennifer B. Furey, Esq |
| & Carvelli, PC | Goulston & Storrs PC |
| 210 Park Avenue, Suite 301 | 885 Third Avenue, 18th Floor |
| Florham Park, NJ 07932 | New York, NY 10022 |
| Telephone: (973) 635-6300 | Telephone: (212) 878-6900 |
| Facsimile: (973) 635-6363 | JFurey@goulstonstorrs.com |
| asiddiqi@marc.law | jgrippo@goulstonstorrs.com |
| and | *Attorneys for Defendant* |
| John P. Fuller, Esq., *pro hac vice* | |
| Fuller, Fuller & Associates, P.A. | |
| 12000 Biscayne Boulevard, Suite 502 | |
| North Miami, FL 33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiff* | |

Date: 3/29/2017                    Date: 3/29/2017